**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIOVANNI CAPITELLO,<br><br>                                   Plaintiff,<br>v.<br><br>COASTLINE RECOVERY SERVICES, INC.,<br><br>                                   Defendant. | CASE NUMBER:<br><br>CV16-3169-CAS(SSx)<br><br>**ORDER/REFERRAL TO ADR** |

   The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

   **ORDERS** this case referred to:

   ☐ **ADR PROCEDURE NO. 1:** (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

   X **ADR PROCEDURE NO. 2:**  This case is referred to the ADR Program.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

   ☐ **ADR PROCEDURE NO. 3**: (Private mediation).

   The ADR proceeding is to be completed no later than: March 1, 2017

   The Court further sets a status conference for: March 13, 2017, at 11:00 A.M.

   For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated:    October 24, 2016                                     *Christina A. Snyder*
                                                                              United States District Judge