UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-3169-CAS(SSx) | Date | October 24, 2016 |
|---|---|---|---|
| Title | GIOVANNI CAPITELLO v. COASTLINE RECOVERY SERVICES, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alexander Trueblood | Not Present |

**Proceedings:**   SCHEDULING CONFERENCE

Hearing held and plaintiff's counsel is present.  No appearance is made by defense counsel, nor on defendant's behalf.  The Court confers with plaintiff's counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: December 2, 2016;
Settlement Completion Cutoff: March 1, 2017;
Discovery Cut-off: March 15, 2017;
Last Day to File Motions: March 24, 2017;
Status Conference re: Settlement **(11:00 A.M.)**: **March 13, 2017**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): June 5, 2017;** and
Jury Trial **(9:30 A.M.): July 11, 2017.**

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 21 days prior thereto.  Motion s in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |

cc: ADR