ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

Attorneys for Plaintiff
GIOVANNI CAPITELLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI CAPITELLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COASTLINE RECOVERY SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: 2:16-CV-03169-CAS-SS<br><br>**STIPULATION OF DISMISSAL**<br>**[FRCP 41 (a)(1)]** |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff Giovanni Capitello and Defendant Coastline Recovery Services, Inc., by and through their respective counsel of record, that this entire action is hereby dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: April 4, 2017         Respectfully Submitted,

                             TRUEBLOOD LAW FIRM


                             By:   /s/
                                   Alexander B. Trueblood

                             Attorneys for Plaintiff
                             GIOVANNI CAPITELLO

Dated: April 4, 2017         RINKA LAW FIRM


                             By:   /s/
                                   Stephen Rinka

                             Attorneys for Defendant
                             COASTLINE RECOVERY SERVICES, INC.